OPINION — AG — **** LIMITATION OF DEPOSITING OF SCHOOL DISTRICT FUNDS IN CERTAIN BANKS WHERE SCHOOL BOARD MEMBER HAS AN INTEREST **** A BOARD OF EDUCATION MAY NOT USE A BANK AS ITS DEPOSITORY FOR SCHOOL DISTRICT FUNDS WHEN A MEMBER OF THE BOARD OF EDUCATION IS AN ASSISTANT CASHIER, DIRECTOR, AND SMALL SHAREHOLDER OF THE BANK SOUGHT TO BE USED AS A DEPOSITORY. CITE: 70 O.S. 1961, 4-29 [70-4-29], 62 O.S. 1961 371 [62-371] (ODIE A. NANCE) ** OVERRULED BY OPINION NO. 71-224 (1971) **